UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC 15 PM 2:00

CLERK

BY ___AL___
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA BRISSETTE, )<br>Defendant ) | Crim. No.: 2:22-cr-150 |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 13, 2020, in the District of Vermont, defendant JOSHUA BRISSETTE, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime, knowingly possessed a Mossberg model MC1, 9mm pistol, serial number 010129CP which had been shipped and transported in interstate and foreign commerce.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

A TRUE BILL

FOREPERSON

_/s/ Nikolas P. Kerest_
NIKOLAS P. KEREST (WLF)
United States Attorney
Burlington, Vermont
December 15, 2022